# Exhibit 2

**Britney Long**

| | |
|---|---|
| **From:** | foiarequest@hhs.gov |
| **Sent:** | Friday, November 1, 2024 2:04 PM |
| **To:** | S&G Information Request Staff |
| **Subject:** | Status Update for Request #2025-00461-FOIA-PHS |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Aaron Siri,

The status of your FOIA request #2025-00461-FOIA-PHS has been updated to the following status 'Received'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

Sincerely,
U.S. Department of Health & Human Services

1