# Exhibit 3

DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the Secretary
Washington, D.C. 20201

**HHS Case No. 2025-00461-FOIA-PHS**

**November 4, 2024**

*Sent via email:*
Aaron Siri
Siri & Glimstad LLP
745 Fifth Ave. Suite 500
New York, NY, 10151
foia@sirillp.com

Dear Mr. Siri:

This is in response to your Freedom of Information Act (FOIA) request, dated: November 1, 2024, concerning *"[IR#1166B] The report submitted by CDC to the National Vaccine Advisory Committee ("NVAC") during the NVAC meeting that occurred on September 12-13, 2024.."* We received your request on November 1, 2024.

The organizational components serviced by the Office of the Secretary FOIA Requester Service Center do not routinely collect or retain the type of records in which you express interest. Therefore, we are closing our file on this request.

Your request has been referred to the Centers for Disease Control and Prevention (CDC) for direct response to you. Upon receipt, CDC will log your request, and issue you a new tracking number for your reference. You may contact their FOIA office at: foiarequests@cdc.gov.

If you are not satisfied with any aspect of the processing and handling of this request, you have the right to seek dispute resolution services from:

> HHS FOIA/PA Public Liaison
> FOI/Privacy Acts Division
> Assistant Secretary for Public Affairs (ASPA)
> Office of the Secretary (OS)
> U.S. Department of Health and Human Services (HHS)
> 200 Independence Avenue, SW, Suite 729H
> Washington, DC 20201
>
> Telephone: (202) 690-7453
> Fax: (202) 690-8320
> E-mail: HHS_FOIA_Public_Liaison@hhs.gov

and/or:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Telephone:  202-741-5770
Toll-Free: 1-877-684-6448
E-mail: ogis@nara.gov
Fax: 202-741-5769

There are no charges in this instance because the billable costs are less than our threshold of $25.

Sincerely yours,

`Natasha Taylor for`

Arianne Perkins
Director, Initial FOIA Requests
FOI/Privacy Acts Division